USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 2:12-cv-02370-HGB-ALC   Document 10   Filed 10/04/12   Page 1 of 1

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** Knit Shipping Ltd. | **COURT CASE NUMBER** 12-2370 -C |
| **DEFENDANT** Thorco Shipping A/S | **TYPE OF PROCESS** Writ of Attachment |

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2012 OCT -4 PM 12:29
LORETTA G. WHYTE
CLERK

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Master of the M/V Thor Glory
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Pilot Town

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

E. Carroll Rogers
Timothy D. DePaula
701 Poydras St. Suite 400
New Orleans, LA 70139

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Call Dennis 259-5824

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 504-523-0400
DATE: 9/26/12

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 34
District to Serve No. 34
Signature of Authorized USMS Deputy or Clerk: Vita Jones
Date: 9/26/12

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
CAPT. Rejoy A. Eroles Master of Vessel

Address (complete only different than shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 9/27/2012   Time: 9:30 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: #3422

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $110.00 | $25.00 | | $135.00 | | $0.00 |

REMARKS:

___ Fee ___
___ Process ___
X Dktd ___
___ CtRmDep ___
Doc. No. ___

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80